**Odelia BRAUN, M.D., Plaintiff—Appellant,**

v.

**CALIFORNIA BUREAU OF STATE AUDITS; Kurt Sjoberg, in his individual and official capacity; Ann Campbell, in her individual and official capacity; Dore Tanner, in his individual and official capacity, Defendants—Appellees.**

No. 00–16549.

D.C. No. CV–99–04841–VRW.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Dec. 7, 2001.

Decided Dec. 11, 2001.

■

courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

Before BRUNETTI, KLEINFELD and THOMAS, Circuit Judges.

## MEMORANDUM *

Odelia Braun appeals from the district court's dismissal of her action for failure to state a claim upon which relief can be granted. After consideration of the record, the briefs and arguments, we affirm for the reasons given by the district court in its order dismissing this action.

**AFFIRMED.**

---

\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

